# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Autrey, Henry E. | US District Court, EDMO | 11/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination　　Date<br><br>☐ Initial　☐ Annual　☐ Final | 01/01/2019<br>to<br>12/31/2019 |

**5b.** ☒ Amended Report

**7. Chambers or Office Address**

111 S. Tenth Street
Suite 10.148
St. Louis, MO 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Dulcinea, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 3/18/2012 | I receive vested retirement benefits from the State of Missouri (benefits began 3/18/12) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Autrey, Henry E. | 11/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Missouri -- Pension | $54,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | State of Missouri |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions )*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Autrey, Henry E. | 11/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BCE Incorporated com (BCE) | B | Dividend | K | T | | | | | |
| 2. Logitech International S A SHS (LOGI) | A | Dividend | K | T | | | | | |
| 3. | | | | | Buy (add'l) | 04/16/19 | K | | |
| 4. Money Market - Commerce Bank | A | Interest | J | T | | | | | |
| 5. ADP | B | Dividend | | | | | | | |
| 6. | | | | | Buy (add'l) | 01/22/19 | K | | |
| 7. | | | | | Sold (part) | 07/16/19 | L | | |
| 8. | | | | | Sold | 12/09/19 | L | | |
| 9. Pepsico Inccorporated (PEP) | C | Dividend | M | T | Buy (add'l) | 10/10/19 | K | | |
| 10. BCE Incorporated com (BCE) | B | Dividend | K | T | | | | | |
| 11. SPDR Gold Shares | | None | | | Buy | 01/22/19 | J | | |
| 12. | | | | | Sold | 07/25/19 | J | | |
| 13. Anthem Incorporated (ANTM) | A | Dividend | | | Buy (add'l) | 01/22/19 | K | | |
| 14. | | | | | Buy (add'l) | 02/04/19 | K | | |
| 15. | | | | | Sold | 04/16/19 | L | | |
| 16. Emerson Electric (EMR) | A | Dividend | | | | | | | |
| 17. | | | | | Buy (add'l) | 01/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Autrey, Henry E. | 11/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 05/29/19 | K | | |
| 19. | | | | | Sold | 08/06/19 | K | | |
| 20. Alibaba Group Holding Limited Sponsorer ADS (BABA) | | None | M | T | Buy<br>(add'l) | 01/22/19 | K | | |
| 21. | | | | | Buy<br>(add'l) | 02/04/19 | K | | |
| 22. | | | | | Sold<br>(part) | 12/09/19 | K | | |
| 23. | | | | | Buy<br>(add'l) | 12/17/19 | K | | |
| 24. Abbvie Inc (ABBV) | C | Dividend | | | | | | | |
| 25. | | | | | Buy<br>(add'l) | 01/22/19 | K | | |
| 26. | | | | | Sold<br>(part) | 06/27/19 | L | | |
| 27. | | | | | Sold | 07/16/19 | K | | |
| 28. Deere & Company (DE) | A | Dividend | | | | | | | |
| 29. | | | | | Sold<br>(part) | 05/29/19 | K | | |
| 30. | | | | | Sold | 07/16/19 | K | | |
| 31. Verizon Communications Inc (VZ) | C | Dividend | M | T | | | | | |
| 32. Apple Inc (AAPL) | B | Dividend | M | T | | | | | |
| 33. | | | | | Buy | 02/04/19 | K | | |
| 34. | | | | | Buy<br>(add'l) | 03/14/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/16/19 | K | | |
| 36. | | | | | Buy (add'l) | 08/26/19 | K | | |
| 37. | | | | | | | | | |
| 38. Pfizer Inc (PFE) | A | Dividend | | | | | | | |
| 39. | | | | | Buy (add'l) | 02/04/19 | K | | |
| 40. | | | | | Sold (part) | 05/13/19 | K | | |
| 41. | | | | | Sold | 05/29/19 | K | | |
| 42. Valero Energy Corp. (VLO) | C | Dividend | L | T | | | | | |
| 43. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 44. | | | | | Buy (add'l) | 03/21/19 | K | | |
| 45. | | | | | Buy (add'l) | 04/16/19 | K | | |
| 46. Ishares TR US AER DEF ETF (ITA) | A | Dividend | | | | | | | |
| 47. | | | | | Buy (add'l) | 02/04/19 | K | | |
| 48. | | | | | Sold (part) | 07/16/19 | K | | |
| 49. | | | | | Sold | 07/25/19 | L | | |
| 50. Lowes Companies Inc (LOW) | B | Dividend | | | | | | | |
| 51. | | | | | Sold (part) | 11/25/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Autrey, Henry E. | 11/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/09/19 | K | | |
| 53. | | | | | Sold | 12/17/19 | K | | |
| 54. Centene Corporation DEL (CNC) | | None | | | Transfer In | 02/07/19 | | | |
| 55. | | | | | Sold (part) | 04/09/19 | L | | |
| 56. | | | | | Sold | 04/16/19 | K | | |
| 57. United Technologies Corp (UTX) | B | Dividend | | | | | | | |
| 58. | | | | | Sold (part) | 03/21/19 | L | | |
| 59. | | | | | Sold | 06/19/19 | L | | |
| 60. Cigna Corporation New (CI) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 61. Microsoft Corporation (MSFT) | B | Dividend | M | T | | | | | |
| 62. Ishares TR U.S. Real ES ETF (IYR) | | | K | T | Buy | 03/21/19 | K | | |
| 63. | B | Dividend | | | | | | | |
| 64. Spire (SR) | | | K | T | Buy | 03/21/19 | K | | |
| 65. | A | Dividend | | | | | | | |
| 66. Union Pacific Corporation (UNP) | C | Dividend | L | T | | | | | |
| 67. | | | | | Sold (part) | 03/21/19 | K | | |
| 68. | | | | | Buy | 04/16/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Autrey, Henry E. | 11/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/22/19 | L | | |
| 70. Royce Micro Cap Trust (RMT) | A | Dividend | | | Sold (part) | 06/25/19 | J | | |
| 71. | | | | | Sold (part) | 06/25/19 | J | | |
| 72. | | | | | Sold (part) | 09/27/19 | J | | |
| 73. | | | | | Sold (part) | 09/27/19 | J | | |
| 74. | | | | | Sold | 10/10/19 | J | | |
| 75. Cisco Systems Inc (CSCO) | A | Dividend | | | | | | | |
| 76. | | | | | Buy | 04/16/19 | K | | |
| 77. | | | | | Buy (add'l) | 08/26/19 | J | | |
| 78. | | | | | Sold (part) | 10/10/19 | K | | |
| 79. | | | | | Sold | 12/17/19 | J | | |
| 80. Arbor RLTY TR Inc. (ABR) | | | K | T | Buy | 05/29/19 | J | | |
| 81. | | | | | Buy (add'l) | 08/26/19 | J | | |
| 82. | A | Dividend | | | | | | | |
| 83. ARES COML Real Estate Corp. REIT (ACRE) | | | K | T | Buy | 05/29/19 | K | | |
| 84. | A | Dividend | | | | | | | |
| 85. Worldpay Inc. Class A (3WPOLD) | | None | | | Buy | 05/29/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Autrey, Henry E. | 11/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/16/19 | K | | |
| 87. | | | | | Buy (add'l) | 07/25/19 | K | | |
| 88. | | | | | Merged (with line 89) | 08/01/19 | J | | |
| 89. Fidelity Natl Information Svcs (FIS) | A | Dividend | K | T | Open | 08/01/19 | J | | |
| 90. | | | | | Sold (part) | 08/06/19 | J | | |
| 91. | | | | | Buy (add'l) | 08/26/19 | L | | |
| 92. | | | | | Sold (part) | 09/24/19 | L | | |
| 93. | | | | | Sold (part) | 10/10/19 | K | | |
| 94. Paypal Holdings Inc. (PYPL) | | None | L | T | Buy | 05/29/19 | K | | |
| 95. | | | | | Buy (add'l) | 06/27/19 | K | | |
| 96. | | | | | Buy (add'l) | 08/06/19 | K | | |
| 97. Yum Brands Inc. (YUM) | | | K | T | Buy | 06/11/19 | K | | |
| 98. | | | | | Buy (add'l) | 06/19/19 | K | | |
| 99. | | | | | Buy (add'l) | 08/07/19 | K | | |
| 100. | A | Dividend | | | | | | | |
| 101. | | | | | Sold (part) | 11/18/19 | K | | |
| 102. Dollar General Corp (DG) | | | | | Buy | 06/19/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Autrey, Henry E. | 11/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/16/19 | K | | |
| 104. | A | Dividend | | | | | | | |
| 105. | | | | | Buy (add'l) | 09/16/19 | K | | |
| 106. | | | | | Sold (part) | 12/09/19 | K | | |
| 107. | | | | | Sold | 12/17/19 | K | | |
| 108. Colgate Palmolive Co (CL) | | | K | T | Buy | 06/27/19 | J | | |
| 109. | A | Dividend | | | | | | | |
| 110. | | | | | Buy (add'l) | 08/06/19 | K | | |
| 111. Enterprise Products Partners LP (EPD) | | | K | T | Buy | 07/16/19 | K | | |
| 112. | A | Distribution | | | | | | | |
| 113. Match Group Inc. (MTCH) | | None | | | Buy | 07/25/19 | K | | |
| 114. | | | | | Buy (add'l) | 08/26/19 | K | | |
| 115. | | | | | Sold (part) | 09/16/19 | K | | |
| 116. | | | | | Sold | 10/10/19 | K | | |
| 117. Kansas City Southern COM (KSU) | | None | L | T | Buy | 09/13/19 | K | | |
| 118. | | | | | Buy (add'l) | 10/22/19 | K | | |
| 119. AT&T Inc. (T) | | | K | T | Buy | 09/13/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Autrey, Henry E. | 11/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | A | Dividend | | | | | | | |
| 121. Omega Healthcare INVS Inc. REIT (OHI) | | | K | T | Buy | 09/24/19 | K | | |
| 122. | A | Dividend | | | | | | | |
| 123. Algonquin PWR UTILS Corp (AQN) | | | K | T | Buy | 09/24/19 | K | | |
| 124. | | | | | Buy (add'l) | 10/10/19 | J | | |
| 125. | A | Dividend | | | | | | | |
| 126. ARES CAP Corp. (ARCC) | | | K | T | Buy | 11/06/19 | K | | |
| 127. | A | Dividend | | | | | | | |
| 128. TJX Companies Inc. (TJX) | | | K | T | Buy | 10/22/19 | K | | |
| 129. | A | Dividend | | | | | | | |
| 130. Lululemon Athletica Inc. (LULU) | | None | M | T | Buy | 11/18/19 | K | | |
| 131. | | | | | Buy (add'l) | 12/09/19 | K | | |
| 132. | | | | | Buy (add'l) | 12/17/19 | K | | |
| 133. Target Corp. (TGT) | | None | K | T | Buy | 11/25/19 | K | | |
| 134. Zimmer Biomet HLDGS Inc. (ZBH) | | None | L | T | Buy | 12/09/19 | L | | |
| 135. Berkshire Hathaway Inc. DEL Class B | | None | M | T | | | | | |
| 136. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Autrey, Henry E.** | 11/10/2021 |

*VIII.* **ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry E. Autrey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544